UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

------------------------------------------------------------- x

AMERICAN RIGHTS MANAGEMENT
COMPANY LLC,

               Plaintiff,

- against -

VIACOM 18 US, INC.; VIACOM, INC.;
RELIANCE MEDIA WORKS USA, INC. f/k/a
ADLABS FILMS USA, INC.; STUDIO 18
USA, INC.; SAAVN, LLC; VIVA
ENTERTAINMENT, LLC; MTV INDIA
DEVELOPMENT COMPANY, INC., and
DOES 1-10,

               Defendants.

------------------------------------------------------------- x

Case No. 10 Civ. 3690 (VM)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that DAVIS WRIGHT TREMAINE LLP hereby enters its appearance as counsel for defendants VIACOM, INC., VIACOM 18 US , INC., and the defendants named herein as "STUDIO 18 USA INC." and "MTV INDIA DEVELOPMENT COMPANY, INC.", in the above-captioned proceedings, and requests that notice of all matters arising herein, and all documents and papers in this case, be served on the undersigned attorneys at the address stated below.

Dated: New York, New York
September 17, 2010

DAVIS WRIGHT TREMAINE LLP

By: _/s/ Marcia B. Paul_
Marcia B. Paul
Deborah A. Adler
1633 Broadway
New York, New York 10019
Tel:   (212) 489-8230
Fax:  (212) 489-8340

*Counsel for Defendants Viacom, Inc, Viacom 18 US, Inc., and the defendants named as "Studio 18 USA Inc." and "MTV India Development Company, Inc."*